# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

U.S. Government, ex rel.

Dr. John Cooper

V.

Johns Hopkins Hospital and
Health System, et al

**SUMMONS IN A CIVIL CASE**

CASE   AMD 02 CV 3987

TO: (Name and address of Defendant)

JOHNS HOPKINS HOSPITAL
AND HEALTH SYSTEM
600 North Wolfe Street
Baltimore, Maryland 21287

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
2000 Massachusetts Avenue, NW
2nd Floor
Washington, D.C. 20036

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

_Mary C. Boyle_
(By) DEPUTY CLERK

12/30/04
DATE

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

U.S. Government, ex rel

Dr. John Cooper

V.

Johns Hopkins Hospital and
Health System, et al

**SUMMONS IN A CIVIL CASE**

CASE   AMD 02 CV 3987

TO: (Name and address of Defendant)

DR. FRITZ SIEBER
600 North Wolfe Street
Baltimore, Maryland  21287

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
2000 Massachusetts Avenue
N.W., 2nd Floor
Washington, D.C. 20036

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                    12/30/04
CLERK                                                                 DATE

Mary C Boyle
(By) DEPUTY C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

U.S. Government ex rel.

Dr. John Cooper

V.

Johns Hopkins Hospital and
Health System, et al

**SUMMONS IN A CIVIL CASE**

CASE   AMD 02 CV 3987

TO: (Name and address of Defendant)

DR. REUBEN PASTERNACK
600 North Wolfe Street
Baltimore, Maryland 21287

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
2000 Massachusetts Avenue, NW
2nd Floor
Washington, D.C. 20036

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                              12/30/04
CLERK                                                          DATE

Mary C. Boyle
(By) DEPUTY CLERK