IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES ) <br> OFFICE OF THE INSPECTOR ) <br> GENERAL ) <br> ) <br> ) <br> (Party in Interest) ) <br> ) <br> ex rel. ) <br> ) <br> DR. JOHN COOPER ) <br> 5451 COLUMBIA ROAD ) <br> COLUMBIA, MD 21044 ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JOHNS HOPKINS HOSPITAL ) <br> AND HEALTH SYSTEM, et al ) <br> ) <br> DEFENDANTS. ) | COMPLAINT FILED UNDER SEAL <br><br> Civil Action No.: AMD 02-3987 |

## AFFIDAVIT OF SERVICE OF COMPLAINT ON JOHNS HOPKINS HOSPITAL AND HEALTH SYSTEM

I, David A. Branch, counsel for Plaintiff Dr. John Cooper, do hereby swear under penalty of perjury and based on personal knowledge that:

1. I am counsel to the Plaintiff in this matter.

2. I caused the summons and complaint in this matter to be served on the registered agent for Johns Hopkins Hospital and Health System by certified mail, return receipt requested.

3. A copy of the return receipt is attached as an exhibit to this affidavit.

  I hereby certify under penalty of perjury that the foregoing statements contained in the attached are true and correct.

_____/s/_____
David A. Branch        2/10/05