


# MEDICAL COLLEGE OF WISCONSIN

Department of Pediatrics

**BY CERTIFIED MAIL**

Law Offices of David A. Branch
att. Mr. David A. Branch
1825 Connecticut Avenue, NW, Suite 690
Washington, DC 20009

February 8, 2005

FILED

FEB 10 2005

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

RE: Response to summons
Civil Action No. AMD 02 CV 3987

Dear Mr. Branch:

I am named as a defendant in the above summons. The summons alleges that as Acting Chairman or Chairman of the Department of Anesthesiology, Johns Hopkins Hospital and Health System, I engaged in fraudulent billing practices. The summons alleges that the fraudulent billing practices occurred from October 1998 until October 2001. I reject these allegations for the following reasons.

1)  I am not an anesthesiologist.
2)  I have never been associated with a department of anesthesiology, and I have never been involved with billing the US Government for medical services.
3)  I left the Johns Hopkins University School of Medicine in 1985 (i.e. well before the alleged fraudulent billing practices occurred). Since then, without interruption, I have an employee of the Medical College of Wisconsin in Milwaukee.
4)  I have never had any control over the workload of your client, Dr. Cooper. To the best of my knowledge, I have never met Dr. Cooper.

I hope this clarifies the matter and I will not get additional mailings of this nature from your office.

Sincerely,

Fritz Sieber, PhD
Professor of Pediatrics & Medicine

cc: Ms. Felicia C. Cannon, Clerk, United States District Court for the District of Maryland

MACC Fund Research Center
8701 Watertown Plank Road
Post Office Box 26509
(414) 456-4170
FAX (414) 456-6543

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

U.S. Government, ex rel.

Dr. John Cooper

V.

Johns Hopkins Hospital and
Health System, et al

SUMMONS IN A CIVIL CASE

CASE  AMD 02 CV 3987

TO: (Name and address of Defendant)

DR. FRITZ SIEBER
600 North Wolfe Street
Baltimore, Maryland  21287

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                              12/30/04
CLERK                                          DATE

Mary C Boyle
(By) DEPUTY CLERK

Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009


7002 2410 0007 8752 5066
CERTIFIED


7002 2410 0007 8752 5066


UNITED STATES POSTAL SERVICE
0000


U.S. POSTAGE PAID
WASHINGTON,DC
20009
FEB 04, '05
AMOUNT
$4.88
00096752-05

Fritz Sieber, PhD
Department of Pediatrics
Medical College of Wisconsin
8701 Watertown Plank Road
Milwaukee, WI 53226-0509

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fritz Sieber, PhD
Department of Pediatrics
Medical College of Wisconsin
8701 Watertown Plank Road
Milwaukee, WI 53226-0509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7002 2410 0007 8752

PS Form 3811, February 2004   Domestic Return Receipt