IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*<br>DR. JOHN COOPER,<br><br>      Plaintiff,<br><br>      v.<br><br>THE JOHNS HOPKINS HOSPITAL<br>AND HEALTH SYSTEM, *et al.*,<br><br>      Defendants. | Case No. AMD 02 CV 3987 |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss for Failure to Comply with Federal Rule of Civil Procedure 9(b), and Plaintiff's response thereto, and the other papers of record, the Court finds that Defendant's Motion to Dismiss has merit and should be, and hereby is, GRANTED.

Accordingly, it is hereby ORDERED that that Plaintiff's Complaint is DISMISSED in its entirety and with prejudice as to all Defendants this ___ day of _____, 2005.

 

_____
The Honorable Andre M. Davis
United States District Judge