IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. JOHN COOPER,<br><br>Plaintiff,<br><br>v.<br><br>THE JOHNS HOPKINS HOSPITAL AND HEALTH SYSTEM, *et al.*,<br><br>Defendants. | Case No. AMD 02 CV 3987 |

## DEFENDANTS' DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendants state as follows:

### The Johns Hopkins Hospital Corporate Affiliations

The Johns Hopkins Hospital's sole parent corporation and corporate member is The Johns Hopkins Health System Corporation. No publicly held corporation has a 10% or more ownership interest in The Johns Hopkins Hospital. The Johns Hopkins Hospital has an ownership interest in Fund for Johns Hopkins Medicine, Inc.; Broadway Development Corporation; Johns Hopkins Outpatient Center Condominium, Inc.; and The Central Maryland Heart Center, Inc. The Johns Hopkins Hospital is affiliated, through a common parent or owner, with the following entities and their subsidiaries and affiliates, if any: Johns Hopkins Suburban Health Center Limited Partnership; Johns Hopkins Bayview Medical Center, Inc.; Howard County General Hospital, Inc.; The Johns Hopkins

Medical Services Corporation; Johns Hopkins Community Physicians, Inc.; Broadway Medical Management Corp.; Johns Hopkins Employer Health Programs, Inc.; Howard County Health Services, Inc.; Central Maryland Rehabilitation Center LLC; The Johns Hopkins Parking Corporation; JH Ventures LLC; Johns Hopkins HealthCare LLC; The Johns Hopkins Home Care Group, Inc.; Johns Hopkins Imaging, LLC; Ophthalmology Associates, Inc.; Dome Corporation; FSK Land Corporation; Advanced Aesthetics, Inc.; and NeighborCare Home Medical Equipment of MD LLC.

**The Johns Hopkins Health System Corporation Corporate Affiliations**

The Johns Hopkins Health System Corporation has no parent corporation. No publicly held corporation has a 10% or more ownership interest in The Johns Hopkins Health System Corporation.  The Johns Hopkins Health System Corporation has an ownership interest in Johns Hopkins Suburban Health Center Limited Partnership; The Johns Hopkins Hospital; Johns Hopkins Bayview Medical Center, Inc.; Howard County General Hospital, Inc.; The Johns Hopkins Medical Services Corporation; Johns Hopkins Community Physicians, Inc.; Broadway Medical Management Corp.; Johns Hopkins Employer Health Programs, Inc.; Howard County Health Services, Inc.; Central Maryland Rehabilitation Center LLC; The Johns Hopkins Parking Corporation; JH Ventures LLC; Johns Hopkins HealthCare LLC; The Johns Hopkins Home Care Group, Inc.; Johns Hopkins Imaging, LLC; Ophthalmology Associates, Inc.; Dome Corporation; FSK Land Corporation; Advanced Aesthetics, Inc.; and NeighborCare Home Medical Equipment of MD LLC.

## Financial Interests in the Outcome of the Litigation

Under certain circumstances, The Johns Hopkins University may have a financial interest in the outcome of this litigation. Such financial interest may arise from indemnification of individual defendant(s).

Respectfully submitted,

Dated: February 28, 2005

_____
Stephen J. Immelt (Fed. Bar No. 00113)
Therese M. Goldsmith (Fed. Bar No. 25657)
HOGAN & HARTSON L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
Telephone: 410-659-2700
Email: sjimmelt@hhlaw.com
Fax: 410-539-6981

Counsel for Defendants
The Johns Hopkins Hospital,
The Johns Hopkins Health System Corporation,
Reuven Pasternak, M.D., and
Frederick E. Sieber, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Disclosure Statements, which was electronically filed in this case on this 28th day of February, 2005, was mailed via certified mail, return receipt requested, on this 28th day of February, 2005 to:

>David A. Branch, Esq.
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, D.C.  20009
>
>United States Attorney's Office for the District of Maryland
>36 S. Charles Street
>4th Floor
>Baltimore, MD  21201

*Therese M. Goldsmith*
Therese M. Goldsmith