

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Allen F. Loucks* | *36 South Charles Street* | *410-209-4800* |
| *United States Attorney* | *Fourth Floor* | *TTY/TDD:410-962-4462* |
| | *Baltimore, Maryland 21201* | *410-209-4827* |
| *Roann Nichols* | | *FAX 410-962-9947* |
| *Assistant Chief, Civil Division* | | *Roann.Nichols@usdoj.gov* |

April 12, 2005

The Honorable Andre M. Davis
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: US ex rel. Cooper v. Johns Hopkins Hospital
       Civil No. AMD-02-3987

Dear Judge Davis:

    I have received the letter order dated April 1, 2005, in which Your Honor indicates that the Complaint in this case will be dismissed with prejudice unless Dr. Cooper files an Amended Complaint on or before April 22.

    The government has declined to intervene in this action and has no objection to dismissal with prejudice as to Dr. Cooper. The government respectfully requests that the dismissal be without prejudice as to the United States. 31 U.S.C. § 3730(b)(1). Dismissal without prejudice will preserve the government's interests in the event that additional evidence arises at some later time relating to the matters alleged in the Complaint.

    Thank you for your consideration. Should the Court require a formal motion, I will be happy to provide it.

                              Respectfully,

                              Allen F. Loucks
                            United States Attorney


                    By:__/s/_____
                          Roann Nichols
                          Assistant United States Attorney

cc: David A. Branch, Esquire (by ECF)
    Therese M. Goldsmith, Esquire (by ECF)