IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES ) <br> OFFICE OF THE INSPECTOR ) <br> GENERAL ) <br> ) <br> ) <br> (Party in Interest) ) <br> ) <br>     ex rel. ) <br> ) <br> DR. JOHN COOPER ) <br> 5451 COLUMBIA ROAD ) <br> COLUMBIA, MD 21044 ) <br> ) <br>     PLAINTIFF, ) <br> ) <br>     v. ) <br> ) <br> JOHNS HOPKINS HOSPITAL ) <br> AND HEALTH SYSTEM, et al ) <br> ) <br>     DEFENDANTS. ) | **COMPLAINT FILED UNDER SEAL** <br><br><br> **Civil Action No.:  AMD 02-3987** |

**PLAINTIFF'S MOTION FOR THREE-WEEK EXTENSION OF TIME
TO FILE AMENDED COMPLAINT**

Comes Now the Plaintiff, by and through counsel, and files this motion for three-week extension of time to file amended complaint and in support thereof states as follows.

The court previously granted Defendants' motion to dismiss without prejudice and directed Plaintiff to file an amended complaint by April 22, 2005.  Since that time, Plaintiff was out of town for two weeks and counsel was unable to reach him.  Counsel was only able to reach Dr. Cooper this week, and despite their best efforts, Plaintiff and counsel have not been able to complete the amended complaint.  Counsel is scheduled for

a week long trial the week of May 2, 2005, and will be preparing for the trial the week of April 25, 2005. Plaintiff requests a three-week extension through May 13, 2005, to file the amended complaint. Plaintiff's counsel contacted Defendants' counsel to advise them of this request and Defendants oppose this request.

Wherefore the Plaintiff requests that the court grant the Plaintiff up to and including May 13, 2005, to file his amended complaint.

                              Respectfully submitted,

                                    /s/

                              David A. Branch
                              Law Offices of David A. Branch, P.C.
                              1825 Connecticut Ave, NW
                              Suite 690
                              Washington, D.C. 20009
                              (202) 785-2805

**Certificate of Service**

I hereby certify this 22nd day of April 2005, a copy of the foregoing Plaintiff's Motion for Three-Week Extension of Time to File Amended Complaint was sent to counsel for Defendants, Stephen J. Immelt and Therese M. Goldsmith, Hogan & Hartson L.L.P., 111 S. Calvert Street, Suite 1600, Baltimore, MD 21202.

                              _____/s/_____
                              David A. Branch