IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel* John Cooper, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 02-3987 |
| | : | |
| JOHNS HOPKINS HOSPITAL AND | : | |
| HEALTH SYSTEM, *et al.*, | : | |
|     Defendants | : | |

...o0o...

ORDER

The United States has elected not to intervene in this *qui tam* action instituted pursuant to 31 U.S.C. § 3729 *et seq*. Defendants moved to dismiss and, on April 1, 2005, the court granted the motion without prejudice with leave to the Relator to file an amended complaint on or before April 22, 2005. Relator sought, on April 22, 2005, an extension of time within which to file the amended complaint. The court found no good cause for an extension and denied the motion. Relator has failed to file an amended complaint as of the date of this Order. Accordingly, it is this 4th day of May, 2005, by the United States District Court for the District of Maryland, ORDERED

    (1)    That THIS CASE IS DISMISSED WITH PREJUDICE AS TO ANY AND ALL CLAIMS OF THE RELATOR, AND WITHOUT PREJUDICE AS TO THE UNITED STATES; and it is further ORDERED

    (2)    That the Clerk shall CLOSE THIS CASE.

    /s/
    ANDRE M. DAVIS
    United States District Judge